IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEOFFREY L. BURTCH | : |
| | : CIVIL ACTION |
| v. | : NO. 07-2759 |
| | : |
| JONATHAN GANZ, | : |
| PINCUS, VERLIN, HAHN & | : |
| REICH, P.C. ET AL | : |

# **O R D E R**

**AND NOW**, this **21st day of April 2009**, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, the judgment of the Bankruptcy Court is hereby **AFFIRMED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**